Charles O. Penschuck v. Wulff Brothers and Muller, Incorporated.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Deiches, as Receiver, v. Western Development Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Garibaldi Realty and Construction Company v. Guisipina Santangelo and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Pine E. Bush v. Marion E. Bush and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Berger Manufacturing Company v. Moses Reis, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John F. Butler v. Charles Alter and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Felix Hessberg v. Corinne Welsh.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Angus McMaster v. Florence Park Realty Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Wien v. The New York Central and Hudson River Railroad Company.— Application granted upon defendant filing stipulation that upon affirmance judgment absolute shall be rendered against it. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ephraim Benjamin and Others v. Daniel J. Brownstein and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hannah Goldman v. Consolidated Gas Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Celia E. English, as Administratrix, v. New York, New Haven and Hartford Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Leo L. D'Utassy v. Mallory Steamship Company.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.